AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

2018 JUL -2 AM 9:05

| | |
|---|---|
| United States of America<br>v.<br>DEMETRIUS PITTS, aka ABDUR RAHEEM RAHFEEQ, aka SALAHADEEN OSAMA WALEED<br><br>*Defendant(s)* | Case No.<br>**1:18 MJ 2120** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 15, 2018 to July 1, 2018  in the county of  Cuyahoga  in the  Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2339B | Attempt tp provide material support or resources to a forgien terrorist organization |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Andrew J. Wilson
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: July 2, 2018

_____
Judge's signature

City and state: Cleveland, Ohio

Magistrate Judge David Ruiz
_____
Printed name and title