```
 1                    UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF OHIO
 2                          EASTERN DIVISION

 3      -------------------------------X
        UNITED STATES OF AMERICA,      :  Case No. 1:19-cr-00035
 4                                     :            (1:18-mj-02120)
                  Plaintiff,           :
 5                                     :
            v.                         :  Cleveland, Ohio
 6                                     :  Monday, July 9, 2018
        DEMETRIUS N. PITTS,            :  10:02 a.m.
 7                                     :
                  Defendant.           :
 8      -------------------------------X

 9

10      TRANSCRIPT OF PRELIMINARY AND DETENTION HEARING PROCEEDINGS

11                BEFORE THE HONORABLE DAVID A. RUIZ

12                   UNITED STATES MAGISTRATE JUDGE

13

14      Court Reporter:          Donnalee Cotone, RMR, CRR, CRC
                                 Realtime Systems Administrator
15                               United States District Court
                                 801 West Superior Avenue
16                               Court Reporters 7-189
                                 Cleveland, Ohio 44113
17                               216-357-7078
                                 donnalee_cotone@ohnd.uscourts.gov
18

19

20

21

22

23

24      Proceedings recorded by mechanical stenography, transcript

25      produced by computer-aided transcription.
```

```
 1    APPEARANCES:
 2
 3    For the Government:    **MICHELLE M. BAEPPLER**
 4                           **MATTHEW W. SHEPHERD**
 5                           Assistant United States Attorneys
 6                           801 West Superior Avenue
 7                           Suite 400
 8                           Cleveland, Ohio 44113
 9                           216-622-3600
10                           michelle.baeppler@usdoj.gov
11                           matthew.shepherd@usdoj.gov
12
13
14    For the Defendant:     **CHARLES E. FLEMING**
15                           Assistant Federal Public Defender
16                           Office of the Federal Public Defender
17                           1660 West 2nd Street, Suite 750
18                           Cleveland, Ohio 44113-1454
19                           216-522-4856
20                           charles_fleming@fd.org
21
22    For Probation:         **KARA CABANES**
23
24    Special Agent:         **JOHN BREEN, FBI**
25
```

```
                 1       MORNING SESSION, MONDAY, JULY 9, 2018
                 2          (Proceedings commenced at 10:02 a.m.)
                 3                      - - -
                 4          DEPUTY CLERK:  All rise.
10:06:10         5          THE COURT:  Please be seated.
                 6          DEPUTY CLERK:  This United States District
                 7   Court for the Northern District of Ohio is now open for the
                 8   transaction of business.  The Honorable David A. Ruiz
                 9   presiding.
10:09:33        10       The Court calls Case Number 1:18-mj-2120, United
                11   States of America v. Demetrius Pitts.
                12          THE COURT:  Good morning.  Will counsel for
                13   the United States please identify yourself for the record
                14   and who is present with you at counsel table.
10:09:52        15          MS. BAEPPLER:  Yes, Your Honor.  Good morning.
                16      Michelle Baeppler and Matt Shepherd for the
                17   United States.  Seated at the counsel table is Special Agent
                18   John Breen with the FBI.
                19          THE COURT:  And will counsel for the defense
10:10:01        20   please identify yourself for the record.
                21          MR. FLEMING:  Yes, Your Honor.  Thank you.
                22      Charles Fleming on behalf of the defendant, Mr. Pitts,
                23   who is seated immediately to my left.
                24          THE COURT:  Good morning, sir.
10:10:13        25          MR. FLEMING:  Good morning, Your Honor.
```

|  |  |
|---|---|
| 1 | THE COURT:  Mr. Pitts, you appeared before me |
| 2 | on July 2nd, 2018, for an initial appearance.  At that time, |
| 3 | the Office of the Federal Public Defender was appointed to |
| 4 | represent you.  Attorney Timothy Ivey appeared on behalf of |
| 10:10:26  5 | that office at your initial appearance. |
| 6 | Since that time, Attorney Charles Fleming of the |
| 7 | Office of the Federal Public Defender has filed a notice of |
| 8 | appearance replacing attorney Timothy Ivy.  And as just |
| 9 | indicated, Attorney Fleming is here to represent. |
| 10:10:40  10 | Mr. Pitts, do you understand that Attorney Fleming is |
| 11 | here to represent you? |
| 12 | THE DEFENDANT:  Yeah. |
| 13 | THE COURT:  Can you please speak louder, sir. |
| 14 | THE DEFENDANT:  Yeah. |
| 10:10:48  15 | THE COURT:  And do you intend to continue with |
| 16 | appointed counsel, Mr. Pitts? |
| 17 | THE DEFENDANT: Yes.  Yeah. |
| 18 | THE COURT:  Mr. Pitts, on July 3rd your |
| 19 | counsel filed a motion to continue the preliminary hearing |
| 10:10:56  20 | and detention hearing to request additional time for counsel |
| 21 | to prepare for those hearings. |
| 22 | I've reviewed the motion and granted the motion, and |
| 23 | we are here today for a preliminary hearing and detention |
| 24 | hearing. |
| 10:11:07  25 | Before I proceed any further, Mr. Pitts, I'm going to |

|  |  |
|---|---|
| 1 | ask you an initial question, sir. |
| 2 | THE DEFENDANT: Yes, sir. |
| 3 | THE COURT: Are you presently under the |
| 4 | influence of any medication, drugs, alcohol, any substance |
| 10:11:16  5 | that would interfere or affect your ability to think or |
| 6 | understand? |
| 7 | THE DEFENDANT: What do you mean, like right |
| 8 | now? |
| 9 | THE COURT: Right now, sir. |
| 10:11:22 10 | THE DEFENDANT: No. I just have a medication |
| 11 | this morning. That's all. |
| 12 | THE COURT: Does any of the medication you're |
| 13 | on, sir, affect your ability to think or understand? |
| 14 | THE DEFENDANT: Not right now, no. Nothing. |
| 10:11:31 15 | No, sir. |
| 16 | THE COURT: That's "no," sir? |
| 17 | THE DEFENDANT: No, sir. Not now. |
| 18 | THE COURT: Mr. Fleming, do you have any |
| 19 | reason to question either your client's ability to |
| 10:11:38 20 | understand what's going on here today or his competency to |
| 21 | proceed in this matter? |
| 22 | MR. FLEMING: Not at this time, Your Honor, |
| 23 | no. |
| 24 | THE COURT: Mr. Pitts, you have the right to |
| 10:11:45 25 | remain silent. You are not required to make any statement, |

|  |  |
|---|---|
| 1 | and anything you say, sir, may be used against you. |
| 2 | If you start to make a statement, you may stop at any |
| 3 | time. You may also consult with your counsel at any time. |
| 4 | Do you understand your right to remain silent, sir? |
| 10:11:56  5 | THE DEFENDANT: Yes, sir. |
| 6 | THE COURT: Counsel has indicated today is |
| 7 | scheduled for a preliminary hearing, a detention hearing. |
| 8 | I will hear testimony and argument regarding the |
| 9 | matter of probable cause first and then the matter of |
| 10:12:09 10 | detention. |
| 11 | Counsel, I always consider the pretrial services |
| 12 | report, so I ask you to take a moment to look at the |
| 13 | pretrial services report and advise if there's any need for |
| 14 | any corrections, changes, or modifications to the pretrial |
| 10:12:21 15 | services report, and then please advise when you're ready to |
| 16 | proceed. |
| 17 | MR. FLEMING: Your Honor, I'm not aware of any |
| 18 | need for any changes at this point. |
| 19 | THE COURT: Thank you, Attorney Fleming. |
| 10:12:30 20 | AUSA Baeppler? |
| 21 | MS. BAEPPLER: No changes, Your Honor. |
| 22 | THE COURT: Thank you. |
| 23 | AUSA Baeppler, is the Government prepared to proceed? |
| 24 | MS. BAEPPLER: Yes, Your Honor. The |
| 10:12:36 25 | Government is prepared to proceed and at this time would |

|   |   |
|---|---|
| 1 | call Special Agent Breen to the stand. |
| 2 | THE COURT: Okay. Before we do that, AUSA |
| 3 | Baeppler. |
| 4 | Mr. Fleming, is the defense prepared to proceed? |
| 10:12:49  5 | MR. FLEMING: Yes, Your Honor. |
| 6 | Your Honor, I would note for the record that after |
| 7 | speaking with Mr. Pitts, we've signed both a waiver of the |
| 8 | prelim and detention hearings, and we're prepared to move |
| 9 | forward as such. |
| 10:13:03 10 | THE COURT: Mr. Pitts, based upon the |
| 11 | representation of your counsel, it's my understanding, sir, |
| 12 | that you have decided, after consulting with your counsel, |
| 13 | to waive your right to a preliminary hearing and to also |
| 14 | waive your right to a detention hearing. |
| 10:13:17 15 | Is that correct, sir? |
| 16 | THE DEFENDANT: Yeah. |
| 17 | THE COURT: Mr. Pitts, I have before me a |
| 18 | document titled Waiver of Preliminary Hearing. |
| 19 | Sir, did you review this document, consult with your |
| 10:13:29 20 | attorney, and sign it on today's date? |
| 21 | THE DEFENDANT: Yes, sir. |
| 22 | THE COURT: Mr. Pitts, do you understand that |
| 23 | if I accept this waiver of preliminary hearing, that a |
| 24 | preliminary hearing will not take place with respect to the |
| 10:13:40 25 | allegations against you, and that the matter will be bound |

|  |  |
|---|---|
| 1 | over to the grand jury for further proceedings? |
| 2 | THE DEFENDANT: Yeah. |
| 3 | THE COURT: And is it, indeed, your attention, |
| 4 | Mr. Pitts, to waive your right to a preliminary hearing? |
| 10:14:06 5 | THE DEFENDANT: Yeah. |
| 6 | THE COURT: Mr. Pitts, I also have before me a |
| 7 | document titled Waiver of Detention Hearing and Order. |
| 8 | Sir, did you review this document, consult with your |
| 9 | counsel, and sign it on today's date? |
| 10:14:21 10 | THE DEFENDANT: Yes, sir. |
| 11 | THE COURT: Mr. Pitts, do you understand that |
| 12 | if I accept this waiver of detention hearing and order, that |
| 13 | a detention hearing will not take place with respect to the |
| 14 | case against you and that you will be remanded to the |
| 10:14:34 15 | custody of the United States Marshal Service pending the |
| 16 | trial in your case? |
| 17 | THE DEFENDANT: Okay. Yeah. |
| 18 | MR. FLEMING: And, Your Honor, just for the |
| 19 | record -- |
| 10:14:59 20 | THE COURT: Yes, Mr. Fleming. |
| 21 | MR. FLEMING: -- we would -- in regard to the |
| 22 | waiver of detention hearing, we would be waiving, |
| 23 | Your Honor, with the hope of being able to revisit that |
| 24 | issue later if circumstances should change. |
| 10:15:11 25 | THE COURT: Mr. Pitts, so the record is clear, |

1  then, sir, with respect to the detention hearing that's
2  scheduled for today, it is indeed your intention, sir, to
3  waive your detention hearing and not have that hearing,
4  correct?

10:15:27  5  THE DEFENDANT: Yes, sir.

6  THE COURT: Mr. Pitts, the waiver of detention
7  hearing and order that you've reviewed and signed indicates
8  that you reserve the right to raise the issue of detention
9  at a later date should circumstances change.

10:15:41  10  I want to make sure you understand, Mr. Pitts,
11  however, that a change in circumstance is not simply you
12  changing your mind. It must be a material change in
13  circumstances.

14  Do you understand that, sir?

10:15:51  15  THE DEFENDANT: Wait a minute. Wait a minute.

16  THE COURT: So let me ask the question again,
17  sir, after you've had an opportunity to consult with your
18  counsel further.

19  Mr. Pitts, do you understand that if I accept this
10:16:30  20  waiver of detention hearing and order, that a detention
21  hearing will not take place with respect to the allegations
22  against you and that you will be remanded to the custody of
23  the United States Marshal Service pending trial in your
24  case?

10:16:41  25  THE DEFENDANT: Yes, sir.

|  |  |
|---|---|
| 1 | THE COURT: The waiver of detention hearing |
| 2 | and order form, sir, indicates that you reserve the right to |
| 3 | raise the issue of detention hearing at a later date should |
| 4 | your circumstances change. |
| 10:16:51  5 | THE DEFENDANT: Yes, sir. |
| 6 | THE COURT: I want to make sure you |
| 7 | understand, sir, that a change in circumstance, is not |
| 8 | simply you've changed your mind. |
| 9 | You must present the Court with a material change in |
| 10:16:59  10 | circumstances for the Court to move forward with the |
| 11 | detention hearing to determine at that time whether, based |
| 12 | upon the circumstances, the underlying circumstances, the |
| 13 | Court deems it appropriate for you to be detained pending |
| 14 | trial in your case, or if circumstances have changed to such |
| 10:17:14  15 | an extent that the pretrial, at least, would be appropriate. |
| 16 | Do you understand that, sir? |
| 17 | THE DEFENDANT: Yes, sir. |
| 18 | THE COURT: With that said, Mr. Pitts, do you |
| 19 | still intend to waive your right to a detention hearing? |
| 10:17:26  20 | THE DEFENDANT: Yes, sir. |
| 21 | THE COURT: I find that the defendant, |
| 22 | Demetrius Pitts, has knowingly and voluntarily waived his |
| 23 | right to a preliminary hearing, and that he has knowingly |
| 24 | and voluntarily waived his right to a detention hearing. |
| 10:17:38  25 | With respect to the preliminary hearing, based upon |

|              |    |                                                                      |
|--------------|----|----------------------------------------------------------------------|
|              | 1  | the waiver, the Court finds that the matter is bound over to         |
|              | 2  | the grand jury for further proceedings.                              |
|              | 3  | With respect to the waiver of detention hearing, the                 |
|              | 4  | Court hereby accepts Mr. Pitts' waiver of the detention              |
| 10:17:54     | 5  | hearing and Mr. Pitts will be remanded to the custody of the         |
|              | 6  | United States Marshal Service pending trial in this matter.          |
|              | 7  | AUSA Baeppler, is there anything further for the Court               |
|              | 8  | to consider at this time on behalf of the United States?             |
|              | 9  | MS. BAEPPLER: Nothing from the United States.                        |
| 10:18:06     | 10 | Thank you.                                                           |
|              | 11 | THE COURT: Mr. Fleming, Attorney Fleming, is                         |
|              | 12 | there anything further for the Court to consider on behalf           |
|              | 13 | of Mr. Pitts?                                                        |
|              | 14 | MR. FLEMING: Nothing at this time,                                   |
| 10:18:14     | 15 | Your Honor. Thank you.                                               |
|              | 16 | THE COURT: Hearing nothing further, then                             |
|              | 17 | Mr. Demetrius Pitts will be remanded to the custody of the           |
|              | 18 | United States Marshal Service pending trial in this case.            |
|              | 19 | And court is adjourned.                                              |
| 10:18:24     | 20 | DEPUTY CLERK: All rise.                                              |
|              | 21 | - - -                                                                |
|              | 22 | (Proceedings adjourned at 10:18 a.m.)                                |
|              | 23 |                                                                      |
|              | 24 |                                                                      |
|              | 25 |                                                                      |

**C E R T I F I C A T E**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

*/s/ Donnalee Cotone           30th of April, 2020*
DONNALEE COTONE, RMR, CRR, CRC                    DATE
Realtime Systems Administrator